UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN MICHAEL WARNOCK,<br><br>　　　　　　　Defendant. | Case No. CR22-150 LK<br><br>DETENTION ORDER |

Mr. Warnock is charged with possession with intent to distribute a controlled substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); two counts of unlawful possession of firearms, 18 U.S.C. § 922(g)(1); and possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on September 26, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. The presumption has been rebutted due to Mr. Warnock's strong ties to the community.

DETENTION ORDER - 1

3. Mr. Warnock poses a risk of nonappearance due to his history of failures to appear, conviction for attempting to elude police vehicle, pending warrant, noncompliance while under supervision, substance abuse history, and the pending charges.

4. Mr. Warnock poses a risk of danger due to his criminal history including serious and repeated violence, multiple convictions for residential burglary, substance abuse history, and the nature of the instant offense.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Warnock's appearance as required at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Warnock shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Warnock shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Warnock is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Warnock, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>26th</u> day of September, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge