# UNITED STATES DISTRICT COURT
for
## Western District of Washington
Report on Person Under Supervision

**Name:**  Brian Warnock                                                                                   **Case Number:** 2:22CR00150LK-001

**Name of Judicial Officer:**  The Honorable Lauren King, United States District Judge

**Date of Original Sentence:**   08/13/2024                                                    **Date of Report:** 03/12/2025

**Original Offense:**  Possession of a Controlled Substance with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Original Sentence:**   Time Served; 3 years' supervised release

**Type of Supervision:**  Supervised Release                    **Date Supervision Commenced:** 08/13/2024

**Special Conditions Imposed:**

☒ Substance Abuse            ☒ Financial Disclosure            ☐ Restitution:

☒ Mental Health               ☐ Fine                                    ☐ Community Service

☒ Other: notify all physicians of substance use history; submit to search.

## NONCOMPLIANCE SUMMARY

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol, on or about February 10, 2025, in violation of a special condition of supervised release |

*United States Probation Officer Action:*

On the above date, Mr. Warnock provided a urine sample which returned presumptively positive for alcohol. Mr. Warnock denied consuming alcohol and stated it must have been the result of consuming "lemon vodka oyster shooters." On March 7, 2025, I received the results from the national laboratory confirming the sample was positive for alcohol. In response, I instructed Mr. Warnock to stop consuming vodka oysters, and his urinalysis frequency will remain increased, until he can demonstrate continued sobriety. Since the positive result, he provided a negative sample.

At times I am unsure of Mr. Warnock's commitment to compliance and honesty on supervision. While he is respectful and communicative during our interactions, his slow drip of violations since October is concerning. Of note, following his admitted use of methamphetamine in December 2024, he completed a substance use assessment on January 30, 2025. Due to communication problems with his treatment provider, I was unable to review the substance use assessment until March 11, 2025. Mr. Warnock downplayed and failed to report all his relevant drug use, which resulted in his treatment provider recommending no formal treatment program. I contacted Mr. Warnock on March 12, 2025, who blamed the treatment provider for not properly recording his admissions. I have instructed Mr. Warnock to complete another drug use assessment and notify his treatment provider with an accurate picture of his drug use history. His treatment provider is willing to reassess him to see if he qualifies for a higher level of care. On a positive note, Mr. Warnock did complete a mental health evaluation and is complying with the recommendation of once a month in person meetings with a psychiatric mental health nurse practitioner.

Since his positive drug test in December 2024, Mr. Warnock has downplayed his substance use issue and stated he does not want to engage in treatment because "it doesn't work" and he is in control of his body, not treatment. While Mr. Warnock has candidly acknowledged drug use has played a significant part of altering his life trajectory for the worse, he has complained about any formal treatment. I am hopeful he will change his cognitions for the better after

he engages further with treatment. I have warned him further noncompliance will likely result in a summons to go before Your Honor.

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 12th day of March, 2025. | BY: |
| *Aaron Rust*<br>———————————————<br>Aaron Rust<br>United States Probation Officer | *Jennifer Van Flandern*<br>———————————————<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

———————————————————————
Signature of Judicial Officer

March 14, 2025
———————————————————————
Date