UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>BRIAN MICHAEL WARNOCK,<br><br>                Defendant. | CASE NO. 2:22-cr-00150-LK<br><br>ORDER GRANTING MOTION TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATIONS |

      This matter comes before the Court on Defendant Brian Warnock's Unopposed Motion to Continue Hearing on Supervised Release Violations. Dkt. No. 99. The evidentiary hearing on United States Probation's petition to revoke Mr. Warnock's supervised release is currently scheduled for August 6, 2025 at 10 a.m. Dkt. No. 97. In order to permit Mr. Warnock to enroll in a residential drug treatment program, he requests that the hearing be continued to September 4, 2025 at 1:30 p.m. Dkt. No. 99 at 1. Mr. Warnock represents that the motion to continue is made "with the approval of and in consultation with [his] probation officer," and that the Government is

also in agreement. *Id.* Mr. Warnock remains released on bond pending the evidentiary hearing. Dkt. No. 97.

The Court "must hold [a] revocation hearing within a reasonable time" of receipt of allegations of a violation of a condition of supervision. Fed. R. Crim. P. 32.1(b)(2). Here, there is good cause for a continuance to allow Mr. Warnock to enroll in residential drug treatment. The Court further finds that the interests of Mr. Warnock and the public in any speedier disposition in this case are outweighed by the ends of justice.

Finding good cause, the Court GRANTS the motion and continues the evidentiary hearing on the alleged supervised release violations to September 4, 2025 at 1:30 p.m.

Dated this 5th day of August, 2025.

Lauren King
United States District Judge