UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIAN MICHAEL WARNOCK,<br><br>                Defendant. | CASE NO. 2:22-cr-00150-LK<br><br>SECOND ORDER CONTINUING HEARING ON SUPERVISED RELEASE VIOLATIONS |

      This matter comes before the Court on Defendant Brian Warnock's Unopposed Motion to Continue Hearing on Supervised Release. Dkt. No. 104. The evidentiary hearing on United States Probation's petition to revoke Mr. Warnock's supervised release is currently scheduled for September 4, 2025 at 1:30 p.m. Dkt. No. 100. Mr. Warnock has now enrolled in a residential drug treatment program, and will still be there on September 4. Dkt. No. 104 at 1. Therefore, he requests that the hearing be continued to October 15, 2025 at 10 a.m. *Id.* Mr. Warnock represents that the motion to continue is made "with the approval of and in consultation with [his] probation officer, and with the agreement of the Government[.]" *Id.* Mr. Warnock remains released on bond with a condition of inpatient treatment pending the evidentiary hearing. Dkt. No. 97.

SECOND ORDER CONTINUING HEARING ON SUPERVISED RELEASE VIOLATIONS - 1

The Court "must hold [a] revocation hearing within a reasonable time" of receipt of allegations of a violation of a condition of supervision. Fed. R. Crim. P. 32.1(b)(2). Here, there is good cause for a continuance to allow Mr. Warnock to continue in his residential drug treatment program. The Court further finds that the interests of Mr. Warnock and the public in any speedier disposition in this case are outweighed by the ends of justice.

Finding good cause, the Court GRANTS the motion and continues the evidentiary hearing on the alleged supervised release violations to October 15, 2025 at 10 a.m.

Dated this 3rd day of September, 2025.

*Lauren King*

Lauren King
United States District Judge

SECOND ORDER CONTINUING HEARING ON SUPERVISED RELEASE VIOLATIONS - 2