UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>BRIAN MICHAEL WARNOCK,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:22-cr-00150-LK<br><br>FOURTH ORDER CONTINUING HEARING ON SUPERVISED RELEASE VIOLATIONS |

　　　This matter comes before the Court on Defendant Brian Warnock's Unopposed Motion to Continue Hearing on Supervised Release. Dkt. No. 116. The evidentiary hearing on United States Probation's petition to revoke Mr. Warnock's supervised release is currently scheduled for November 10, 2025. Dkt. No. 113. Mr. Warnock is currently enrolled in a residential drug treatment program, and will still be there on November 10. Dkt. No. 116 at 1. Therefore, he requests that the hearing be continued to November 18, 2025 at 1:00 p.m. *Id.* Mr. Warnock represents that this request is made "with the approval of and in consultation with [his] probation officer, and with the agreement of the Government[.]" *Id.*

FOURTH ORDER CONTINUING HEARING ON SUPERVISED RELEASE VIOLATIONS - 1

1   The Court "must hold [a] revocation hearing within a reasonable time" of receipt of
2 allegations of a violation of a condition of supervision. Fed. R. Crim. P. 32.1(b)(2). Here, there is
3 good cause for a continuance to allow Mr. Warnock to continue in his residential drug treatment
4 program. The Court further finds that a hearing on November 18, 2025 is still within a reasonable
5 time from the Court's receipt of the alleged violations, and the interests of Mr. Warnock and the
6 public in any speedier disposition in this case are outweighed by the ends of justice.

  The Court accordingly GRANTS the motion and continues the evidentiary hearing on the alleged supervised release violations to November 18, 2025 at 1:00 p.m.

  Dated this 7th day of November, 2025.

Lauren King
United States District Judge